```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27166
   VICI L MAAS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
      SSN XXX-XX-5336


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 07/08/05 and confirmed on 10/28/05.

      2.  The case was dismissed after confirmation, 05/16/2008.

      3.  The Debtor paid a total of $   6697.50 .

      4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG           .00            .00           .00
WELLS FARGO HOME MORT    MORTGAGE ARRE    2384.90              .00       2384.90
LASALLE BANK NA          SECURED                 .00            .00           .00
LASALLE BANK NA          MORTGAGE ARRE     886.36              .00        886.36
FAST CASH                UNSECURED        NOT FILED            .00           .00
ADVANCE AMERICA          UNSECURED        NOT FILED            .00           .00
CASH TODAY INC           UNSECURED        NOT FILED            .00           .00
CINGULAR WIRELESS        UNSECURED         727.80              .00        264.45
RESURGENT CAPITAL SERVIC UNSECURED        5295.73              .00       1924.14
COMED                    UNSECURED        NOT FILED            .00           .00
COUNTY BANK              UNSECURED        NOT FILED            .00           .00
ICS                      UNSECURED        NOT FILED            .00           .00
QUICKEST PAYDAY LOAN STO UNSECURED        NOT FILED            .00           .00
SBC AMERITECH            UNSECURED        NOT FILED            .00           .00
SONIC PAYDAY             UNSECURED        NOT FILED            .00           .00
WORLDWIDE CASH           UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED        2659.52              .00        966.32
              Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED       PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    3271.26       .00      8683.05        .00      11954.31
PRINCIPAL PAID        3271.26       .00      3154.91        .00       6426.17
INTEREST PAID             .00       .00          .00        .00           .00
TOTAL PAID            3271.26       .00      3154.91        .00       6426.17
The Debtor's attorney, GREENBERG & ASSOC             , was allowed $        .00
and was paid $        .00 .

The Trustee received $     271.33 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 27166 VICI L MAAS